UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHAEL A. HEGWOOD,<br><br>       Petitioner,<br><br>  v.<br><br>SUPERINTENDENT D. L. STINE,<br><br>       Respondent. | No. 1:10-cv-0300-SEB-TAB |

**Entry and Notice**

    Michael Hegwood, an Indiana state prisoner, seeks a writ of habeas corpus with respect to a prison disciplinary proceeding. Through an earlier order in this action, the court noted that such proceedings have been accorded limited due process protections and that to present a challenge Hegwood was required to file an amended petition for writ of habeas corpus :which coherently sets forth his claims for relief." He was further notified that "[b]y 'claims' . . . are meant the recognized principles of law which, as applied to the facts and circumstances of the challenged disciplinary proceeding, show that proceeding to have been deficient or violative of the petitioner's rights."

    The deadline for filing the amended petition for writ of habeas corpus is April 26, 2010. On April 7, 2010, the clerk received from Hegwood and filed his letter requesting assistance from the clerk in understanding what the court's order requires Hegwood to put in the amended habeas petition.

    The clerk, of course, cannot explain or amplify on a court order to a litigant or to a litigant's attorney. *Pliler v. Ford,* 542 U.S. 225, 231 (2004)("District judges have no obligation to act as counsel or paralegal to pro se litigants."). The order to which his filing of April 7, 2010, refers, moreover, is amply clear. Hegwood has the opportunity to file an amended petition for writ of habeas corpus. If he does so, it must present "claims" for relief as described in the order, and the legal bases for any such claim(s) must be derived from or based on the specific due process protections which were itemized in the order. If an amended habeas petition is prepared, it should *avoid conclusory language* by stating the facts supporting each ground.

    **IT IS SO ORDERED**.

Date: 04/13/2010

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MICHAEL A. HEGWOOD
856108
NEW CASTLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362